JAMES L. O'NEILL AND HENRY A. OETJEN, APPELLANTS, v. CENTRAL LEATHER COMPANY AND ERIE RAILROAD COMPANY, RESPONDENTS.

Argued March 19, 1915—Decided June 14, 1915.

On appeal from the Hudson County Circuit Court.

For the appellants, *McDermott & Enright.*

For the respondents, *Edwards & Smith.*

PER CURIAM.

The judgment is affirmed for reasons stated in the opinion in No. 51, just delivered (*ante p. 552*).

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, JJ. 14.

*For reversal*—None.